The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BONNIE POOLE,<br><br>Plaintiff,<br><br>v.<br><br>VOCATIONAL TRAINING INSTITUTE, INC. d/b/a PIMA MEDICAL INSTITUTE, an Arizona Corporation,<br><br>Defendant. | No. 2:16-cv-00472-JLR<br><br>**STIPULATION FOR ORDER OF DISMISSAL** |

Plaintiff Bonnie Poole, by and through attorneys, Patrick B. Reddy and Amanda V. Masters, and Vocational Training Institute, Inc. d/b/a Pima Medical Institute, by and through attorneys, Stephanie R. Alexander and Claire E. Marshall, hereby stipulate to entry of an Order dismissing all claims with prejudice and without an award of costs or attorney fees to either party.

DATED this 21st day of March, 2017.

| | |
|---|---|
| EMERY | REDDY, PLLC | MICHAEL & ALEXANDER, PLLC |
| s/ Patrick B. Reddy<br>Patrick B. Reddy, WSBA No. 34092<br>600 Stewart St., Suite 1100<br>Seattle, WA 98101<br>Telephone: (206) 442-9106<br>Fax: (206) 441-9711<br>Email: reddyp@emeryreddy.com<br>Attorneys for Plaintiff | s/ Stephanie R. Alexander<br>Stephanie R. Alexander, WSBA No. 28007<br>701 Pike Street, Suite 1150<br>Seattle, WA 98101<br>Telephone: (206) 442-9696<br>Fax: (206) 442-9699<br>Email: stephanie@michaelandalexander.com<br>Attorneys for Defendant |

STIPULATION FOR ORDER OF DISMISSAL –
2:16-cv-00472-JLR - 1

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

| | |
|---|---|
| EMERY \| REDDY, PLLC | MICHAEL & ALEXANDER PLLC |
| s/ Amanda V. Masters | s/ Claire E. Marshall |
| Amanda V. Masters, WSBA No. 46342 | Claire E. Marshall, WSBA No. 48324 |
| 600 Stewart St., Suite 1100 | 701 Pike Street, Suite 1150 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| Telephone: (206) 442-9106 | Telephone: (206) 442-9696 |
| Fax: (206) 441-9711 | Fax: (206) 442-9699 |
| Email: amanda@emeryreddy.com | Email: claire@michaelandalexander.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

## ORDER

Based on the above stipulation of the parties, the Court hereby ORDERS that the suit is hereby DISMISSED WITH PREJUDICE, and is dismissed without costs or attorney fees to either party.

DONE this 22nd day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

EMERY REDDY, PLLC

s/ Patrick B. Reddy
Patrick B. Reddy, WSBA No. 34092
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com
Attorneys for Plaintiff

STIPULATION FOR ORDER OF DISMISSAL –
2:16-cv-00472-JLR - 2

EMERY \| REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

EMERY REDDY, PLLC

s/ Amanda V. Masters
Amanda V. Masters, WSBA No. 46342
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: (206) 442-9106
Fax: (206) 441-9711
Email: amanda@emeryreddy.com
Attorneys for Plaintiff

STIPULATION FOR ORDER OF DISMISSAL –
2:16-cv-00472-JLR - 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711